IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LUIS GARCIA,

    Petitioner,                      No. CIV S-07-2740 LEW GGH P

    vs.

KEN CLARK, et al.,

    Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Order, filed on January 30, 2008, this court directed petitioner either to file a motion for stay and abeyance of his petition as to the concededly unexhausted ground or to inform the court that he wishes to proceed only upon the three grounds that petitioner maintains have been exhausted.

        The court has previously directed that a copy of the petition be served on Michael Patrick Farrell, Senior Assistant Attorney General. See Order, filed on Jan. 30, 2008. At this time, the court will direct respondent to file a response to petitioner's motion for a stay.

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that respondents are directed, within
2 thirty days, to file a response to petitioner's motion for a stay and abeyance of his petition
3 pending exhaustion of his <u>Brady</u> violation claim.
4 DATED: 04/14/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
garc2740.brf