IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LUIS GARCIA,

    Petitioner,                    No. CIV S-07-2740 JAM GGH P

    vs.

KEN CLARK, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed a response indicating that he does not object to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 8, 2008, are adopted in full;

2. Petitioner's motion for a stay and abeyance, pending exhaustion of claim 4, filed on 2/08/08 (#7), is denied, and claim 4 is stricken from the petition; and

3. This petition proceeds on claims 1 through 3, and respondent is directed to file a response within thirty days of this order; thereafter, if the response is a motion, petitioner's opposition shall be filed within thirty days after service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter. If the response is an answer, petitioner's reply/traverse, if any, shall be filed within thirty days after service of the answer.

DATED: October 23, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/garc2740.805hc